# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHARON D. KUKHAHN, ) <br> ) <br> Defendant. ) <br> _____ ) | **NO. CR 10-5221BHS** <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING** |

THIS MATTER comes before the court on Defendant Sharon D. Kukhahn's Motion for Continuance of Sentencing Date. The court, having considered the pleadings filed in support of and in opposition to the motion and the records and files herein, hereby finds that additional time to prepare for sentencing is appropriate.

Therefore, it is hereby

ORDERED that Defendant Sharon D. Kukhahn's Motion for a Continuance of the Sentencing Date is hereby GRANTED. The new sentencing date is **November 14, 2011, at 9:00 am.**

DATED this 17th day of October 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
Paula T. Olson, WSB# 11584
Attorney for Defendant Kukhahn

Order Granting Motion to Continue Sentencing

1

LAW OFFICE OF PAULA T. OLSON
4534 So. Pine St.
Tacoma, WA 98409
(253) 627-1747
(253) 627-1757